THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina
 Department of Social Services, Respondent,
v.
Shannon S. G.,
 James D. S. AKA Darryl S., and John Doe, Defendants,
Of whom Shannon
 S. G. is the Appellant.
 In the
 interest of a minor child under the age of 18 years.
 
 
 

Appeal From Darlington County
Roger E. Henderson, Family Court Judge

Unpublished Opinion No.  2011-UP-431
Submitted October 1, 2011  Filed October
 10, 2011 

AFFIRMED

 
 
 
Penny Hays Cauly, of Florence, for Appellant.
Elizabeth Biggerstaff York, of Hartsville, for Respondent.
Robbie Forrester Gardner, III, of Hartsville, for Guardian ad
 Litem.
 
 
 

PER CURIAM: Shannon
 S. G. appeals from the family court's
 final order terminating her parental rights to her child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling. 
AFFIRMED.[1] 
 HUFF,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.